**DISMISSED and Opinion Filed May 16, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01130-CR

**JOHN MICHAEL MCFARLAND, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F18-00567-R**

## MEMORANDUM OPINION

Before Justices Bridges, Brown, and Nowell
Opinion by Justice Bridges

Before the Court is appellant's May 2, 2019 motion for voluntary dismissal of the appeal.

Appellant and his appellate counsel signed the motion. *See* TEX. R. APP. P. 42.2(a).

We grant the motion and dismiss the appeal.

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)
181130F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

JOHN MICHAEL MCFARLAND,
Appellant

No. 05-18-01130-CR        V.

THE STATE OF TEXAS, Appellee

On Appeal from the 265th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F18-00567-R.
Opinion delivered by Justice Bridges.
Justices Brown and Nowell participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered May 16, 2019